# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LEXI HONEYCUTT, et al., | ) |
|     *Plaintiffs*, | ) Case No. 3:21-cv-311 |
| v. | ) Judge Travis R. McDonough |
| CABINS FOR YOU, LLC, et al., | ) Magistrate Judge Debra C. Poplin |
|     *Defendants*. | ) |

## MEMORANDUM OPINION

Before the Court is Plaintiffs' request for clarification (Doc. 325) on the Court's March 13, 2023, memorandum opinion (Doc. 320). Specifically, Plaintiffs seek affirmation that the Court's denial of Defendants Cabins for You, LLC, and Scott and Jenn Osborne, LLC's joint partial summary judgment motion as to punitive damages applied to both parties. (Doc. 325, at 2.) For the sake of simplicity, the Court noted at the outset of its opinion that it would refer to Defendants Cabins for You, LLC, and Scott and Jenn Osborne, LLC, collectively as "Cabins for You." (Doc. 320, at 1.) Therefore, the Court was referring to both Cabins for You, LLC, and Scott and Jenn Osborne, LLC, when it denied the motion for partial summary judgment as to punitive damages.

    **SO ORDERED.**

                                                                   **/s/ *Travis R. McDonough***
                                                                   **TRAVIS R. MCDONOUGH**
                                                                   **UNITED STATES DISTRICT JUDGE**